# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| WILLIE B. JOHNSON | : | NO. CR200-49 |

### ORDER

Upon consideration of Plaintiff's motion to reduce his sentence, this same is hereby **DENIED** because Defendant has failed to secure certification from the Eleventh Circuit Court of Appeals.

**SO ORDERED**, this ___21___ day of March, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)